JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KUY NAM KO,

    Petitioner,

  v.

MARKWAYNE MULLIN et al.,

    Respondents.

_____

 )
 )
 )
 )
 )
 )
 )
 )
 )
 )

NO. 5:26-cv-02020-KS

JUDGMENT

   **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **GRANTED** and that relief is awarded as set forth in the Court's Memorandum Opinion and Order.

DATED: May 22, 2026

         _Karen L. Stevenson_
         HON. KAREN L. STEVENSON
         CHIEF U.S. MAGISTRATE JUDGE